# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**FILED**

**Jun 09, 2017**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2672

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −103)

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for
the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to
28 U.S.C. § 1407. *See* 148 F.Supp.3d 1367 (J.P.M.L. 2015). Since that time, 1,421 additional
action(s) have been transferred to the Northern District of California. With the consent of that court,
all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Northern District of California and assigned to
Judge Breyer.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the
Northern District of California for the reasons stated in the order of December 8, 2015, and, with the
consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Northern District of California. The transmittal of this order to said Clerk shall
be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jun 07, 2017**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by:
Deputy Clerk
Date: 09 June 2017

## SCHEDULE CTO−103 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|------|------|---------|--------------|

**CALIFORNIA CENTRAL**

| | | | |
|------|------|---------|--------------|
| CAC | 2 | 17−03718 | Don Norbert Johnson v. Volkswagen Group of America, Inc., et al |
| CAC | 2 | 17−03721 | Janet Orquiola Kunze et al v. Volkswagen Group of America, Inc. |
| CAC | 2 | 17−03823 | Ana Laura Bravo v. Volkswagen Group of America, Inc. et al |
| CAC | 5 | 17−00964 | Joy Y. Waltman v. Volkswagen Group of America, Inc. et al |

**CALIFORNIA EASTERN**

| | | | |
|------|------|---------|--------------|
| CAE | 2 | 17−01053 | Dixon v. Volkswagen Group of America, Inc. |
| CAE | 2 | 17−01055 | Hightower v. Volkswagen Group of America, Inc. et al |
| CAE | 2 | 17−01071 | Benefield et al v. Volkswagen Group of America, Inc. et al |
| CAE | 2 | 17−01074 | Walsh et al v. Volkswagen Group of America, Inc. et al |

**CALIFORNIA SOUTHERN**

| | | | |
|------|------|---------|--------------|
| CAS | 3 | 17−01047 | Sandvold v. Volkswagen Group of America, Inc. et al |

**NEW JERSEY**

| | | | |
|------|------|---------|--------------|
| NJ | 2 | 17−03608 | VAUTIER v. VOLKSWAGEN GROUP OF AMERICA, INC. |

**PENNSYLVANIA EASTERN**

| | | | |
|------|------|---------|--------------|
| PAE | 2 | 17−02247 | ELICKER v. VOLKSWAGEN GROUP OF AMERICA, INC. |